# In the United States Court of Federal Claims

No. 05-1374C
Filed February 27, 2006

| | |
|---|---|
| ************************************ | |
| | * |
| ROBERT N. KENNEY, and | * |
| SHIRLEY A. KENNEY, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

## ORDER

Pursuant to the February 23, 2996 Joint Motion, the case is hereby **STAYED until August 28, 2006** for Alternative Dispute Resolution proceedings before the Honorable Marian Blank Horn.

The court will convene a telephone status conference **on August 28, 2006 at 2:00pm, E.S.T.**

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**