# In the United States Court of Federal Claims

No. 05-1374C
Filed September 5, 2006

************************************
ROBERT N. KENNEY, and
SHIRLEY A. KENNEY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
************************************

**ORDER**

Pursuant to the Status Conference held on August 28, 2006 and the representations of the parties that they are engaged in substantive settlement proceedings, the case is hereby **STAYED until November 1, 2006** for continued Alternative Dispute Resolution proceedings before the Honorable Marian Blank Horn.

The court will convene a telephone status conference **on November 1, 2006 at 2:00 p.m., E.T.**

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**